This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**PAUL M. STREAVEL,**

Petitioner-Appellant,

**v.**                                                                                    **No. 32,288**

**MARIKA RUZZON,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF ROOSEVELT COUNTY**
**Drew D. Tatum, District Judge**

Garrett Law Firm, P.A.
Michael T. Garrett
Clovis, NM

for Appellant

James F. McDowell, III
Clovis, NM

for Appellee

**MEMORANDUM OPINION**

**SUTIN, Judge.**

Petitioner appealed from the district court's determination that the parties' child could relocate to Italy with Respondent. This Court issued a notice of proposed summary disposition proposing to affirm the district court's determination. Petitioner has filed a response to this Court's notice, indicating that he will not be filing a memorandum opposing this Court's proposed disposition.

Accordingly, for the reasons stated in this Court's notice of proposed disposition, we affirm.

**IT IS SO ORDERED.**


_____

**JONATHAN B. SUTIN, Judge**


**WE CONCUR:**


_____

**JAMES J. WECHSLER, Judge**


_____

**CYNTHIA A. FRY, Judge**